AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DAVID ALLEN JAMES**
**DOB: x/x/xx**
**PDID: xxx-xxx**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about <u>June 27, 2008</u> in, in the  District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>   21   </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am <u>**DETECTIVE EARL DELAUDER**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE EARL DELAUDER**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   <u>   Washington, D.C.   </u>
Date                                            City and State

_____        _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On June 27, 2008, members of the Metropolitan Police Department Safe Street Task Force and the Federal Bureau of Investigation executed a search warrant at 2946 2nd Street, S.E., Apt. #33, Washington, D.C.  The officers knocked and announced and saw an arm extend out of the bathroom window and attempt to drop a plastic bag of crack out of the window.   When the officers entered the apartment they stopped the defendant David James - - who was the only occupant in the apartment - - as he walked out of the bathroom into the master bedroom.  A search of the bathroom revealed a plastic bag containing chunks of rock-like substance. The rock-like substance was suspected to be crack cocaine. A search of the master bedroom revealed a safe containing three handguns and ammunition.  Officers placed the defendant under arrest.  A portion of the suspected crack cocaine was field tested positive for cocaine base.  The approximate weight of the suspected crack cocaine was 64 grams which indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.

                                  DETECTIVE EARL DELAUDER
                                  METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JUNE, 2008.

                                  U.S. MAGISTRATE JUDGE