## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 08-0410M-01 (CR)** |
| | : | |
| **DAVID ALLEN JAMES,** | : | **VIOLATIONS: 21 U.S.C.§ 841(a)(1)** |
| **Defendant.** | : | **and § 841(b)(1)(A)(iii)** |
| | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute 50 Grams or More of Cocaine** |
| | : | **Base);** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year);** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a Firearm** |
| | : | **During a Drug Trafficking Offense)** |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about June 27, 2008, within the District of Columbia, **DAVID ALLEN JAMES** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about June 27, 2008, within the District of Columbia, **DAVID ALLEN JAMES** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. 2007-CF2-15286, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .38 caliber revolver, a Baretta .22 caliber semi-automatic pistol, and a Taurus 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about June 27, 2008, within the District of Columbia, **DAVID ALLEN JAMES** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, firearms, that is, a Smith & Wesson .38 caliber revolver, a Baretta .22 caliber semi-automatic pistol, and a Taurus 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.