## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-202 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID ALLEN JAMES,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Patrick Costello**, at telephone number **(202) 514-7736** and/or email address **B.patrick.costello@usdoj.gov.** Patrick Costello will substitute for Assistant United States Attorney Frederic Gallun as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Patrick Costello
District of Columbia Bar No. 483231
Assistant United States Attorney
Organized Crime and Drug Trafficking
555 4th Street, NW, 4th floor
Washington, DC 20530
(202)514-7736