CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Date: 7/15/2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-cr-202 |
| | ) | |
| | ) | |
| | ) | |
| David Allen James | ) | Category   B |
| | ) | |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on July 15, 2008 from Judge Richard J. Leon to Judge James Robertson by direction of the Calendar Committee.

(Case related to an earlier case: 05-cr-0413)

                                                ELLEN SEGAL HUVELLE
                                                Chair, Calendar and Case
                                                Management Committee

cc:    Judge Richard J. Leon and Courtroom Deputy
          Judge James Robertson and Courtroom Deputy
          Liaison, Calendar and Case Management Committee
          Criminal Case Processing Clerk
          U.S. Attorney—Judiciary Square Building, Room 5133
          Statistical Clerk