CO 324
Rev. 5/97

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Date: 7/15/2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-cr-202 |
| | ) | |
| David Allen James | ) | Category  B |
| | ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>July 15, 2008</u> from <u>Judge Richard J. Leon</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Case related to an earlier case: 05-cr-0413)

<u>ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Richard J. Leon and Courtroom Deputy</u>
<u>Judge James Robertson and Courtroom Deputy</u>
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk